UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 11-cr-43-01-JL

<u>James Spaulding</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 16 ) filed by defendant is granted in part. The continuance is limited to 30 days; Final Pretrial is rescheduled to 23 September 2011 at 11:30; Trial is continued to the two-week period beginning October 4, 2011 at 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: September 1, 2011

cc: Richard F. Monteith, Jr., Esq.
    Debra M. Walsh, Esq.
    U.S. Marshal
    U.S. Probation