UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 11-cr-43-01-JL

<u>James Spaulding</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 22 ) filed by defendant is granted; Final Pretrial is rescheduled to November 29, 2011 at 10am; Trial is continued to the two-week period beginning December 6, 2011, 09:30. No further continuances.

  Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

           /s/ Joe Laplante
           _____
           Joseph N. Laplante
           United States District Judge

Date: September 30, 2011

cc: Richard F. Monteith , Jr., Esq.
   Debra M. Walsh, AUSA
   U.S. Marshal
   U.S. Probation